THOUSAND ISLAND PARK ASSOCIATION, Respondent, *v.* HELEN
M. GRIDLEY, Appellant.

*Thousand Island Park Assn.* v. *Gridley,* 17 App. Div. 621, affirmed.
(Argued March 5, 1900; decided March 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
April 21, 1897, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Louis L. Waters* for appellant.

*Edwin Nottingham* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

---

JAMES WHITE, Respondent, *v.* JAMES D. RANKIN, Appellant.
ELMIRA E. CHRISTIAN, as Executrix of HANS S. CHRISTIAN,
Deceased, Respondent.

*White* v. *Rankin,* 18 App. Div. 293, affirmed.
(Submitted March 6, 1900; decided March 27, 1900.)

APPEAL from a judgment and order of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, entered respectively June 19 and June 18, 1897, affirm-
ing a judgment in favor of plaintiff entered upon the report
of a referee.

*George F. Alexander* for appellant.

*Hector M. Hitchings* and *George V. Brower* for respondents.

Judgment and order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.